

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00733-CR

Martin **BALLEZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12645
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED February 19, 2020.

_____
Patricia O. Alvarez, Justice